Steven M. Olson (SBN146120)
Jacob M. Faircloth (SBN305390)
Law Office of Steven M. Olson
100 E St. #104
Santa Rosa, CA 95404
Telephone: (707) 575-1800
Email: smo@smolsonlaw.com
Email: jacob.faircloth@smolsonlaw.com

Counsel to TIMOTHY W. HOFFMAN,
Trustee in bankruptcy

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| In re | Case No. 16-10377-HLB |
|---|---|
| SEAFOOD PEDDLER OF SAN RAFAEL, INC., | Chapter 7 |
| Debtor(s). | |

FIRST AMENDED APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF

ACCOUNTANT

TO:  THE HONORABLE HANNAH L. BLUMENSTIEL,
      UNITED STATES BANKRUPTCY JUDGE

    1. TIMOTHY W. HOFFMAN ("Applicant") is the duly appointed, qualified and acting Chapter 7 trustee in the above-captioned case of Seafood Peddler of San Rafael, Inc. (the "Debtor").

    2. The Applicant deems it to be in the best interest of this estate to employ Bachecki, Crom & Co., LLP, Certified Public Accountants ("Accountant") as the Trustee accountant to prepare and file tax returns; to prepare tax projections and perform tax analysis, if necessary; to analyze tax claims filed in this case, if necessary; to analyze the tax impact of potential

transactions, if necessary; to analyze as to avoidance issues; to testify as to avoidance issues, if necessary; to prepare a solvency analysis; to prepare wage claim withholding computations and payroll tax returns, if necessary to serve as Trustee's general accountant and to consult with the Trustee and the Trustee's counsel as to those matters.

    3. The accountant has indicated a willingness to perform the services required by the Applicant. The Applicant desires an order authorizing the Trustee to pay the Accountant for services rendered and costs and expenses advanced or incurred in the rendering of such services after a hearing duly noticed to creditors or other parties in interest, the United States Trustee and subject to review for reasonableness by this Court. The normal billing rates for the Accountant are as follows:

| | |
|---|---|
| Partners | $380 - $525 / hour |
| Senior Accountant | $270 - $360 / hour |
| Junior Accountant | $165 - $260 / hour |

    4. The Applicant has investigated the qualifications of the Accountant. Except as disclosed herein, the Applicant is informed and believes, and based thereon allege, that except for the Accountant's employment by the Applicant in unrelated cases, neither the Accountant nor its employees have any connections with the Debtor, creditors, or any party in interest, their respective attorneys or accountants, or the United States Trustee or any other person employed by the office of the United States Trustee and that the employment of the Accountant on the conditions set forth herein is in the best interest of creditors. **Bachecki, Crom & Co., LLP is employed as accountants for Trustee Linda Green in the Alphonse Silvestri Chapter 7 Case No. 16-10378. Trustee Green may own as much as 2/3rds of the shares of Debtor. The Alphonse Silvestri estate and the Debtor's estate have two scheduled creditors in common: The United States Department of Labor and the probate estate of Mattaniah Eytan. The claim of the Department of Labor is undisputed and arises from a final judgment. The claim of the Eytan estate is scheduled as disputed in each of the cases, and in each of the**

**cases, a scheduled asset is an affirmative claim for legal malpractice against Mr. Eytan. A scheduled secured creditor in the Debtor's case is Sandra Silvestri, the spouse of Alphonse Silvestri. The Applicant understands that both Alphonse Silvestri and Sandra Silvestri assert that the secured claim is the separate property of Sandra Silvestri in that the claim arises from a loan of funds inherited by Sandra Silvestri to the Debtor. The Applicant understands that the Silvestris and the Eytan estate have agreed to resolve all issues between them and the Debtor in return for the payment of $25,000 from Sandra Silvestri. Jay Crom conferred with Trustee Green and Trustee Green has no objection to the firm's employment in this case and indicated such employment is potentially beneficial to the Silvestri case which is however most likely a no asset case.**

5. To the Applicant's best information and belief, the Accountant does not hold an interest adverse to the estate, and they are disinterested persons as required by 11 USC Section 327(a).

6. The Applicant is informed and believes, and based thereupon alleges, that this is proper case for the entry of an order without notice to creditors in that the matters to be ruled upon are purely administrative in nature and any fees paid or to be paid will be subject to Court review after notice and hearing.

7. This is the entire agreement of the parties and there is no separate employment agreement.

WHEREFORE, the Applicant prays that this court make and enter its order:

1. Authorizing the Applicant to employ Bachecki, Crom & Co., LLP, Certified Public Accountants, as the accountant in this case;

2. Authorizing the Applicant to pay the Accountant services rendered and for the costs and expenses advanced or incurred in the rendering of such services after a hearing duly noticed to the Office of the United States Trustee, creditors and other parties in interest and subject to review for reasonableness by this court, and;

3. For such other relief as may be proper.

| | | |
|---|---|---|
| DATED: July 13, 2017 | | */S/ Timothy W. Hoffman, Trustee* |

_____
TIMOTHY W. HOFFMAN, Trustee for the Estate
SEAFOOD PEDDLER OF SAN RAFAEL, INC

DATED:  July 19, 2017                                    */S/ Steven M. Olson*

_____
STEVEN M. OLSON
Counsel for TIMOTHY W. HOFFMAN, Trustee